## LOUIS RIVARD *versus* SCHOONER "TIGER".

JOURNAL ENTRIES: [None]
PAPERS IN FILE (1822): (1) Draft of citation; (2) precipe for citation; (3) request for delivery of summons.
*File No. . . . .*

## UNITED STATES *versus* JAMES SOLOMON AND WILLIAM HENRY PUTHUFF.

JOURNAL ENTRIES: [None]
PAPERS IN FILE (1822): (1) Precipe for capias; (2) capias and return; (3) receipt—collector to marshal; (4) bill of costs.
*File No. . . . .*

## UNITED STATES *versus* SCHOONER "FARMER", CLAIMED BY BENJAMIN A. NAPIER.

JOURNAL ENTRIES: (1) Aug. 3, 1822: writ of attachment filed, claim made, appraisers appointed, certificate of appraisers returned, bond filed by claimant, property ordered delivered to claimant; (2) Sept. 10, 1822: libel filed, notice ordered published; (3) Sept. 21, 1822: motion for commission to take depositions granted; (4) Oct. 10, 1822: attendance of witness proved; (5) May 3, 1823: petition for remission of forfeiture; testimony of Chester Scott, Ora Sprague, and Jacob Brown; notice of intention to apply for remission of forfeiture; proceedings ordered certified; (6) Sept. 26, 1825: discontinued.

PAPERS IN FILE (1822–23): (1) Application for attachment, allowance; (2) writ of attachment and return; (3) letter— judge to clerk; (4) report of appraisers; (5) master's bond for release of vessel; (6) clerk's memo.; (7) form of interrogatories; (8) libel; (9) subpoena; (10) notices of applications to take depositions; (11) petition of claimants for remission of penalty; (12) depositions of Jacob Brown and Ora Sprague; (13) Treasury decision.

*File No. 35 of 1822.*

## UNITED STATES *versus* ELEVEN BAGS OATS AND THIRTY BUSHELS WHEAT.

JOURNAL ENTRIES: (1) Sept. 10, 1822: libel filed, notice ordered published; (2) Oct. 9, 1822: proclamation made, evidence heard; (3) Oct. 10, 1822: property condemned, sale and notice of sale ordered; (4) Oct. 11, 1822: attendance of witness proved.

PAPERS IN FILE (1822): (1) Libel; (2) form of interrogatories; (3) subpoena; (4) marshal's return of sale.
*File No. . . . .*